IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *BRAD JOSEPH DAUBACH,* | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 04-472-GPM |
| *ST. LOUIS UNIVERSITY,* | ) |
| Defendant. | ) |

**ORDER**

Before the Court is the parties' second joint motion to amend the scheduling and discovery order controlling this case. **(Doc. 20).** After consultation with Chief Judge Murphy, it is agreed that a three month extension is appropriate in this case. The subject motion **(Doc. 20)** is therefore **GRANTED** and the scheduling and discovery order controlling this case is amended as follows:

1. All discovery shall be completed by **February 6, 2006**.

2. All dispositive motions shall be filed on or before **February 21, 2006**.

3. A Settlement Conference is set before Magistrate Judge Proud in accordance with Local Rule 16.3(b) on **May 1, 2006, at 9:30 a.m.**, in the Federal Courthouse, East St. Louis, Illinois; settlement statements are due by **April 20, 2006**.

4. In accordance with Local Rule 16.2(b), a Final Pretrial Conference will be set before the trial judge by separate notice.

5. The presumptive trial month is now **June, 2006**.

**NO further extensions will be granted.**

DATED: October 20, 2005        s/ Clifford J. Proud
                               CLIFFORD J. PROUD
                               U. S. MAGISTRATE JUDGE