IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRAD JOSEPH DAUBACH, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL NO. 04-472-GPM |
| | ) |
| ST. LOUIS UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiffs and Defendants that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed March 31, 2006, each party to bear their own costs.

Dated: June 8, 2006

NORBERT G. JAWORKSI, Clerk of Court

By: _s/ Linda M. Cook_
Deputy Clerk

Approved by:

_s/ G. Patrick Murphy_
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**